UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGENE BRANTLEY,

   Plaintiff,

v.

WALMART, INC.,

   Defendant.

Case No. _____

L.C. Case No. 20-000364-NO

| CARY M. MAKROUER (P26931) <br> REMA W. DASSOUKI (P82962) <br> THE THURSWELL LAW FIRM, PLLC <br> Attorneys for Plaintiff <br> 1000 Town Center, Suite 500 <br> Southfield, MI  48075-1221 <br> (248) 354-2222 / Fax: (248) 354-2323 <br> cmakrouer@thurswell.com | NICOLE M. WRIGHT (P63513) <br> BRIAN D. KING (P78738) <br> ZAUSMER, P.C. <br> Attorneys for Defendant Wal-Mart <br> 32255 Northwestern Highway, Suite 225 <br> Farmington Hills, MI  48334 <br> (248) 851-4111 / Fax: (248) 851-0100 <br> nwright@zausmer.com <br> bking@zausmer.com |
|---|---|

**DEFENDANT WAL-MART**
**STORES EAST, LP'S NOTICE OF REMOVAL**

NOW COMES, Defendant, WAL-MART STORES EAST, LP, incorrectly designated in the caption of Plaintiff's Complaint as WALMART, INC.[1] ("Defendant Wal-Mart"), by and through its attorneys, ZAUSMER, P.C., and hereby removes this case from Wayne County Circuit Court, pursuant to 28 U.S.C.

---

[1] For purposes of this lawsuit, the correct legal entity is WAL-MART STORES EAST, LP.  Defendant Wal-Mart has requested that Plaintiff modify the caption to dismiss the incorrect Wal-Mart legal entity:  WALMART, INC. To date, Plaintiff has not agreed to do this.

{02835790}

§§ 1441(a) and 1446(a), for the reason that diversity of citizenship exists between the Plaintiff, REGENE BRANTLEY ("Plaintiff"), a citizen and resident of the County of Wayne in the State of Michigan and Wal-Mart Stores East, LP organized under the laws of the State of Delaware with its principal place of business in Bentonville, Arkansas.  (See Paragraph One of Plaintiff's Complaint, attached as **Exhibit "A"**.) Service has been effectuated upon Plaintiff, and in support of its Notice of Removal of this action, Defendant Wal-Mart states the following:

1. This action is pending in the Circuit Court for the County of Wayne in the State of Michigan.  The Complaint was filed with the Circuit Court on or around January 8, 2020.  (See Plaintiff's Complaint, attached as **Exhibit "A"**.)

2. Defendant Wal-Mart was served with Plaintiff's Summons and Complaint by Certified Mail on January 22, 2020.  (See Service of Process Transmittal Form, attached as **Exhibit "B"**).

3. This Notice of Removal is filed within thirty (30) days after Defendant Wal-Mart was served with the Summons and Complaint, in compliance with 28 U.S.C. § 1446(b).  Pursuant to 28 U.S.C. §1446(a), a copy of the Complaint is attached as **Exhibit "A"**.

{02835790}  2

4. This Court has jurisdiction over this action, pursuant to 28 U.S.C. §1332. Jurisdiction exists because the parties are respectively citizens of different states and the amount in controversy alleged in the Complaint, exclusive of costs, allegedly exceeds Seventy-Five Thousand and 00/100 ($75,000.00) Dollars.

- A. Based on the allegations in the Complaint, Plaintiff is a citizen of the State of Michigan and resides in the County of Wayne. (See Plaintiff's Complaint at Paragraph One, attached as **Exhibit "A"**.)

- B. Defendant, WAL-MART STORES EAST, LP, is a Limited Partnership organized under the laws of the State of Delaware, with its principal place of business in Bentonville, Arkansas. Defendant Wal-Mart is not a citizen of the State of Michigan.

- C. Defendant, WAL-MART STORES EAST, LP'S limited and general partners are not citizens of the State of Michigan:

  - General Partner
    WSE Management, LLC
    702 S.W. 8th Street
    Bentonville, Arkansas  72716-0555
    WSE Management, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.

  - Limited Partner
    WSE Investment, LLC
    702 S.W. 8th Street
    Bentonville, Arkansas  72716-0555
    WSE Investment, LLC is a Delaware Limited Liability Company with a principal place of business in Bentonville, Arkansas.

- D. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (formerly known as Wal-Mart

      Stores East, Inc.), an Arkansas Limited Liability Company. The principal place of business for the aforementioned entities is Bentonville, Arkansas. Wal-Mart Stores, Inc. is the sole member of Wal-Mart Stores East, LLC, and is a corporation organized under the laws of the State of Delaware, whose principal place of business is in the State of Arkansas.

E.   Further, according to the allegations in Plaintiff's Complaint, the amount in controversy, exclusive of interest and costs, is in excess of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars. Specifically, Plaintiff alleges, *inter alia*, in her Complaint, that she sustained serious and disabling injuries, including, but not limited to:

      i.    Facial injury;

      ii.   Lip injury;

      iii.  Teeth injuries;

      iv.  Contusions and abrasions;

      v.    Pain and suffering (past and future);

      vi.  Mental anguish (past and future);

      vii.  Shock and emotional distress;

      viii. Severe anxiety and stress;

      ix.  Fear and humiliation;

      x.    Embarrassment and discomfort;

      xi.  Permanent scarring and disfigurement;

      xii.  Exacerbation of any preexisting conditions;

      xiii. Wage loss; and

{02835790}       4

      xiv.    Medical expenses (past and future).

(See Plaintiff's Complaint at Paragraph 13, attached as **Exhibit "A"**.)

F.    Additionally, Defendant Wal-Mart has requested that Plaintiff cap her alleged damages claim at Seventy-Five Thousand and 00/100 ($75,000.00) Dollars or less. (See Correspondence to Plaintiff's Attorney, dated January 27, 2020, attached as **Exhibit "C"**.) However, to date, Plaintiff has declined to cap her alleged damages claim because she believes, at this juncture, her alleged damages are in excess of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars.

6.    For purposes of diversity of jurisdiction, a corporation is a citizen of "any State by which it has been incorporated and of the State where it has its principal place of business …" See *Delphi Automotive Systems, LLC v. Segway Inc.,* 519 F.Supp.2d 662, 665 (E.D. Mich. 2007).

7.    In view of the above, there is complete diversity of citizenship between the parties.

8.    Accordingly, based on the information known to date, this action may be removed from State Court to Federal Court, pursuant to 27 U.S.C. §§ 1332 and 1446(b). Defendant Wal-Mart will file a copy of this Notice of Removal with the Clerk of the Circuit Court for the County of Wayne in the State of Michigan. Further, Defendant Wal-Mart will serve copies of this Notice on Counsel of record for Plaintiff.

                      Respectfully Submitted,

ZAUSMER, P.C.

/s/ *Nicole M. Wright*
NICOLE M. WRIGHT (P63513)
Attorney for Defendant Wal-Mart
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334
Phone:  (248) 851-4111
nwright@zausmer.com

Dated:  February 19, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on **February 19, 2020**, I electronically filed the foregoing paper with the Clerk of the Court, using the ECF system and copies of such documents were served upon the following individuals by U.S. Mail:

CARY M. MAKROUER (P26931)
REMA W. DASSOUKI (P82962)
THE THURSWELL LAW FIRM, PLLC
1000 Town Center, Suite 500
Southfield, MI  48075-1221

/s/ *Nicole M. Wright*
Zausmer, P.C.
32255 Northwestern Highway, Suite 225
Farmington Hills, MI 48334-2374
(248) 851-4111
nwright@zausmer.com